# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERINA PARKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 20-0558-WS-C |
| | ) |
| LABORATORY CORPORATION OF | ) |
| AMERICA HOLDINGS, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

In accordance with the parties' joint stipulation, (Doc. 23), and pursuant to Rule 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, each party to bear its own attorneys' fees, costs, and other expenses related to this action.

DONE and ORDERED this 4th day of January, 2022.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE